■ ALFRETA SUTER, Individually and as Administratrix of the Estate of ROBERT SUTER, Deceased, Respondent, v W.R. GRACE & Co.-CONN., Appellant, et al., Defendants. [599 NYS2d 260] —Order, Supreme Court, New York County (Helen Freedman, J.), entered June 5, 1992, which denied defendant W.R. Grace & Co.-Conn.'s motion for summary judgment, unanimously affirmed, with costs.

Plaintiff's personal affidavit along with other evidence indicates that her late husband was likely exposed to asbestos-containing material which was manufactured by W.R. Grace. Accordingly, questions of fact are raised as to whether said exposure resulted in the death of plaintiff's husband allegedly caused by asbestos-related lung cancer. Summary judgment was properly denied. Concur—Sullivan, J. P., Rosenberger, Asch and Rubin, JJ.